McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
ll30 "O" Street
Fresno, California 9372l
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-5086 AWI |
| Plaintiff, | ) |
| v. | ) ORDER |
| TOFEEK GOBRAN ALBANNA, | ) |
| Defendant. | ) |

Having read and considered the parties' stipulation to continue the time for the filing of the government's response to defendant Tofeek Gobran Albanna's motion to dismiss,

IT IS THE ORDER of the Court that the government may have until April 25, 2005, to file its response.  The time for the filing of the defendant's reply remains May 2, 2004, and the hearing on the motion remains May 9, 2005.

IT IS SO ORDERED.

**Dated:    April 15, 2005**         /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

1