1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3
   TELEPHONE:  (559) 498-3600          FACSIMILE: (559) 498-6391
4
   ATTORNEY FOR DEFENDANT TOFEEK G. ALBANNA
5

6               IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA    )    **CASE NO: 1:04-cr-5086 AWI**
9            Plaintiff,        )
                               )    **APPLICATION FOR ORDER**
10 v.                          )    **EXONERATING BOND AND FOR**
                               )    **RECONVEYANCE OF REAL**
11 TOFEEK G. ALBANNA           )    **PROPERTY AND ORDER THEREON**
            Defendant.         )    and
12 _____     )    **ORDER**

13         Defendant Tofeek G. Albanna, by and through his counsel of record, Attorney Jim T. Elia,

14 hereby moves this court for an order exonerating the bond and for reconveyance of real property in

15 the above-captioned case.

16         On August 4, 2006 defendant Tofeek G. Albanna entered his plea in the Honorable Ishii's

17 Court. Mr. Albanna's sentencing is scheduled for October 9, 2006 at 9:00 a.m.

18         On July 10, 2006 the Assistant United States Attorney, Karen A. Escobar denied the property

19 bond. Previous to the denial of the property bond, defendant's father had recorded (3) three

20 properties in the state of New York showing the Clerk of the United States Court in the Eastern

21 District on the "Deed of Trust".

22         Since the property bond was denied and client was never released the owner of the properties

23 Mr. Gobran Albanna respectfully requests the court exonerate the bond and reconvey title to the real

24 properties securing bond to their proper owner who is Gobran Albanna.

25         The properties in question are as follows : 58 Wilksbarre, Lackawanna, New York, 30 Kane

26 Street, Lackawanna, New York and 67 Parkview, Lackawanna, New York all (3) properties were

27 recorded in New York.

28         Since Defendant Tofeek Albanna was never released from custody the above owner

1 | respectfully requests the court exonerate the bond previously set by the magistrate court and
2 | reconvey title to the real property securing said bond.
3 | DATED: August 12, 2006                              Respectfully submitted,

/s/ Jim T. Elia
JIM T. ELIA
ATTORNEY FOR DEFENDANT
TOFEEK G. ALBANNA

JIM T. ELIA, 79995
ATTORNEY AT LAW
2300 TULARE STREET, SUITE 140
FRESNO, CALIFORNIA 93721

TELEPHONE: (559) 498-3600                    FACSIMILE: (559) 498-6391

ATTORNEY FOR DEFENDANT TOFEEK G. ALBANNA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>       Plaintiff,         )<br>                              )<br>vs                           )<br>                              )<br>TOFEEK G. ALBANNA    )<br>       Defendant.       )<br>_____ ) | CASE NO: !:04-CR-5086 AWI<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title to the real property securing said bond be reconveyed to Gobran Albanna who is the owner of such properties.  The properties in question are as follows: 58 Wilksbarre, Lackawanna, New York, 30 Kane Street, Lackawanna, New York and 67 Parkview, Lackawanna, New York.

IT IS SO ORDERED.

**Dated:   September 15, 2006**              /s/ Sandra M. Snyder
icido3                                                        UNITED STATES MAGISTRATE JUDGE